

# JOURNAL OF MANIPULATIVE AND PHYSIOLOGICAL THERAPEUTICS

RSS Feeds

Login  Register

| Articles & Issues | Collections | For Authors | Journal Info | Society Info | Subscribe | Help | More Periodicals |

Search for [ ] in All Fields  Go  Advanced Search

« Previous

Journal of Manipulative and Physiological Therapeutics
Volume 23, Issue 6, Pages 420-427, July 2000

Next »

Print or Share This Page

Access this article on SciVerse ScienceDirect

# Injury threshold: Whiplash-associated disorders

### Article Tools

- Email Abstract
- Add to My Reading List
- Rights/Permissions
- Request Reprints
- Related Articles
- (0) Cited in Scopus
- Export Citation
- Create Citation Alert

Charles G. Davis, DC [a]

Received 12 July 1999; received in revised form 6 August 1999

Abstract  Full Text  PDF  References

## Abstract

**Objectives:** To review current knowledge and recent concepts of the causes of injuries after minor impact automobile collisions and to acquaint those who treat these types of injuries with possible injury thresholds and mechanisms that may contribute to symptoms. **Data Sources:** A review of literature involving mechanisms of injury, tissue tensile threshold, and neurologic considerations was undertaken. A hand-search of relevant engineering, medical/chiropractic, and computer *Index Medicus* sources in disciplines that cover the variety of symptoms was gathered. **Results:** Soft-tissue injuries are difficult to diagnose or quantify. There is not one specific injury mechanism or threshold of injury. With physical variations of tissue tensile strength, anatomic differences, and neurophysiologic considerations, such threshold designation is not possible. **Conclusions:** To make a competent assessment of injury, it is important to evaluate each patient individually. The same collision may cause injury to some individuals and leave others unaffected. With the variability of human postures, tensile strength of the ligaments between individuals, body positions in the vehicle, collagen fibers in the same specimen segment, the amount of muscle activation and inhibition of muscles, the size of the spinal canals, and the excitability of the nervous system, one specific threshold is not possible. How individuals react to a stimulus varies widely, and it is evident peripheral stimulation has effects on the central nervous system. It is also clear that the somatosensory system of the neck, in addition to signaling nociception, may influence the control of neck, eyes, limbs, respiratory muscles, and some preganglionic sympathetic nerves. (J Manipulative Physiol Ther 2000;23:420–7)

**Keywords:** Whiplash Injury, Cervical Vertebrae, Spine, Central Nervous System



To access this article, please choose from the options below

**Login  Register**
Login to an existing account or Register a new account.

**Purchase this article for 15.00 USD** (You must login/register to purchase this article)
Online access for 24 hours. The PDF version can be downloaded as your permanent record.

**Subscribe to this title**
Get unlimited online access to this article and all other articles in this title 24/7 for one year.

**Claim access now**
For current subscribers with Society Membership or Account Number.

Visit SciVerse ScienceDirect to see if you have access via your institution.

Submit reprint requests to: Charles G. Davis, DC, 474 S Citrus, Azusa, CA 91702.

J Manipulative Physiol Ther 2000;23:420–7.

PII: S0161-4754(00)66465-5

doi:10.1067/mmt.2000.108140



PLAINTIFF'S EXHIBIT D

Case 2:10-cv-04008-FJG   Document 70-4   Filed 08/01/11   Page 1 of 2

© 2000 JMPT. Published by Elsevier Inc. All rights reserved.

« Previous

**Journal of Manipulative and Physiological Therapeutics**
Volume 23, Issue 6 , Pages 420-427, July 2000

Next »

Copyright © 2011 Elsevier Inc. All rights reserved. | Privacy Policy | Terms & Conditions | Feedback | About Us | Help | Contact Us
The content on this site is intended for health professionals.

Advertisements on this site do not constitute a guarantee or endorsement by the journal, Association, or publisher of the quality or value of such product or of the claims made for it by its manufacturer.