PubMed

Display Settings: Abstract

J Manipulative Physiol Ther. 1998 Nov-Dec;21(9):629-39.

# Rear-end impacts: vehicle and occupant response.

Davis CG.

## Abstract

**BACKGROUND:** There is a controversy regarding the likelihood of injuries sustained when one car strikes another at a relatively low speed with little or no vehicle damage. Plaintiffs often claim injuries whereas defendants counterclaim that injuries could not have occurred with such a relatively minor impact.

**OBJECTIVE:** To review the dynamics of low-speed rear-end collisions resulting in little or no visible damage and to decide whether occupant injury can occur; also, to discuss diagnostic examination and treatment that may be helpful to the clinical practitioner.

**DATA SELECTION:** A Medline search for articles discussing low-speed rear-end collisions was conducted. Other articles and studies were reviewed that discussed low-speed rear-end collisions and factors impacting the neuromusculoskeletal system relevant to clinical practitioners. Articles included were human low-speed rear-end tests, lab tests on cadavers, automotive engineering articles, and peer-reviewed journal articles on whiplash. A few live animal and simulation studies were considered for the background of possible injury mechanism and vehicular deformation. Excluded were non-rear-end collison and single case reports.

**DATA SYNTHESIS:** The data were studied to find a relationship between the resultant vehicle dynamics and occupant movement, biological mechanisms of injury and the neurological mechanisms causing complaints. Data were also studied to investigate objective findings supporting subjective complaints.

**CONCLUSION:** In low-impact collisions, there are usually no skid marks and minor or no visible damage to the vehicle. There is a lack of relationship between occupant injury, vehicle speed and/or damage. There does not seem to be an absolute speed or amount of damage a vehicle sustains for a person to experience injury. Crash tests indicate that a change of vehicle velocity of 4 km/hr (2.5 mph) may produce occupant symptoms. Vehicle damage may not occur until 14-15 km/hr (8.7 mph). Occupant soft tissue and joint injuries resulting from low-speed vehicle collisions respond positively to afferent stimulation of mechanoreceptors. The diagnosis of the occupant injuries relies on standard orthopedic neurological testing, autonomic concomitant signs and qualitative and quantitative testing.

**Comment in**
J Manipulative Physiol Ther. 2000 Jan;23(1):62-4.

PMID: 9868635 [PubMed - indexed for MEDLINE]

**Publication Types, MeSH Terms**

**LinkOut - more resources**



Case 2:10-cv-04008-FJG  Document 70-5  Filed 08/01/11  Page 1 of 2

PubMed    Rear end collision spinal damage

Display Settings: Summary, 20 per page, Sorted by Recently Added

Filter your results: All (6)

Manage Filters

## Results: 6

1. Longitudinal magnetic resonance imaging study on whiplash injury patients: minimum 10-year follow-up.
   Ichihara D, Okada E, Chiba K, Toyama Y, Fujiwara H, Momoshima S, Nishiwaki Y, Hashimoto T, Ogawa J, Watanabe M, Takahata T, Matsumoto M.
   J Orthop Sci. 2009 Sep;14(5):602-10. Epub 2009 Oct 3.
   PMID: 19802673 [PubMed - indexed for MEDLINE]

2. Total cervical translation as a function of impact vector as measured by flexion-extension radiography.
   Centeno CJ, Elkins W, Freeman M, Elliott J, Sterling M, Katz E.
   Pain Physician. 2007 Sep;10(5):667-71.
   PMID: 17876363 [PubMed - indexed for MEDLINE]    Free Article

3. [Nerve cell damages in whiplash injuries. Animal experimental studies].
   Svensson MY, Aldman B, Boström O, Davidsson J, Hansson HA, Lövsund P, Suneson A, Säljö A.
   Orthopade. 1998 Dec;27(12):820-6. German.
   PMID: 9894236 [PubMed - indexed for MEDLINE]

4. Do "whiplash injuries" occur in low-speed rear impacts?
   Castro WH, Schilgen M, Meyer S, Weber M, Peuker C, Wörtler K.
   Eur Spine J. 1997;6(6):366-75.
   PMID: 9455663 [PubMed - indexed for MEDLINE]

5. Some observations on whiplash injuries.
   Evans RW.
   Neurol Clin. 1992 Nov;10(4):975-97. Review.
   PMID: 1435666 [PubMed - indexed for MEDLINE]

6. [The mechanics of whiplash injury of the cervical spine (author's transl)].
   Saternus KS.
   Z Rechtsmed. 1982;88(1-2):1-11. German.
   PMID: 7080672 [PubMed - indexed for MEDLINE]