IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

OSCAR L. JOHNNY, JR.,                )
                                     )
         Plaintiff,                  )
                                     )
    v.                               )   Case No. 10-04008-CV-FJG
                                     )
LARRY BORNOWSKI and                  )
STAMPEDE CARRIERS, LLC,              )
et al.,                              )
         Defendants.                 )

# ORDER

Currently pending before the Court are the parties' objections to the deposition designations of Murray Underwood and Brandon Wade. The Court hereby rules as follows:

**Defendants' Objections to Plaintiff's Designations**
(Doc. No. 132)

**MURRAY UNDERWOOD**

| PAGE REFERENCE | OBJECTION | RULING |
|---|---|---|
| Page 43, lines 3-7 | Foundation, calls for speculation, ultimate issue, invades the province of the jury (whether Bornowski was going too fast) | **SUSTAINED** |

**Plaintiff's Objections to Defendants' Designations**
(Doc. No. 133)

**MURRAY UNDERWOOD**

| PAGE REFERENCE | OBJECTION | RULING |
|---|---|---|
| P. 5; lines 4-8 | Not a question | **SUSTAINED** |

| | | |
|---|---|---|
| P. 5; line 17 to P. 6; line 5 | Non-responsive | **SUSTAINED** |
| P. 6; lines 6-14 | Foundation | **OVERRULED** |
| P. 6; lines 6-18 | Not a question; Non-Responsive; Relevance; Vague and ambiguous | **SUSTAINED** |
| P. 6; line 25 to P. 7; line 2 | Not a question; Non-Responsive | **SUSTAINED** |
| P. 7; lines 3-12 | Foundation | **SUSTAINED** |
| P. 7; line 17 to P. 8; line 15 | Foundation | **SUSTAINED** |
| P. 8; lines 12-15 | Not a question; Non-Responsive; Foundation | **SUSTAINED** |
| P. 8; line 20 to P. 9; line 1 | Foundation | **SUSTAINED** |
| P. 9; lines 4-10 | Foundation | **SUSTAINED** |
| P. 9; lines 11-18 | Hearsay; Foundation | **OVERRULED** |
| P. 9; lines 18-21 | Foundation | **OVERRULED** |
| P. 9; line 22 to P. 10; line 14 | Foundation | **SUSTAINED** |
| P. 10; lines 15-19 | Foundation | **OVERRULED** |
| P. 12; lines 16-20 | Relevance | **OVERRULED** |
| P. 13; lines 2-9 | Relevance | **SUSTAINED** |
| P. 14; line 21 to P. 15; line 23 | Foundation; Relevance | **OVERRULED** |
| P. 15; line 25 to P. 16; line 24 | Foundation; Relevance | **OVERRULED** |
| P. 17; lines 2-4 | Foundation | **SUSTAINED** |
| P. 17; line 7 to P. 18 | Foundation; Relevance; Form | **SUSTAINED** |
| P. 18; line 15 to P. 20 line 25 | Foundation; Relevance; Form | **OVERRULED** |

| P. 21; lines 3-13 | Foundation; Relevance; Form | **OVERRULED** |
|---|---|---|
| P. 21; line 17 to P. 22; line 24 | Relevance | **OVERRULED** |
| P. 22; lines 21-24 | Relevance | **OVERRULED** |
| P. 23; line 2 to P. 24; line 13 | Relevance | **OVERRULED** |
| P. 25; line 5 to P. 26; line 18 | Foundation; Relevance; Form | **OVERRULED** |
| P. 26; line 18 to P. 29; line 23 | Foundation; Relevance | **OVERRULED** |
| P. 30; line 3 to P. 32; line 18 | Foundation; Relevance | **OVERRULED** |
| P. 32; line 23 to P. 33; line 12 | Foundation; Relevance | **OVERRULED** |

## **BRANDON WADE**

| **PAGE REFERENCE** | **OBJECTION** | **RULING** |
|---|---|---|
| P. 5; lines 8-15 | Relevance | **OVERRULED** |
| P. 5; line 24 to P. 6; line 3 | Relevance; Foundation | **SUSTAINED** |
| P. 6; lines 11-21 | Relevance | **SUSTAINED** |
| P. 6; line 25 to P. 7; line 2 | Relevance | **OVERRULED** |
| P. 7; line 21 to P. 8; line 21 | Relevance; Foundation | **OVERRULED** |
| P. 9; lines 6-24 | Relevance; Foundation; Speculation | **SUSTAINED** |
| P. 10; lines 3-25 | Relevance | **OVERRULED** |
| P. 11; lines 12-25 | Foundation; Relevance | **OVERRULED** |
| P. 13; line 1 to P. 14 | Relevance | **OVERRULED** |
| P. 14; line 24 to P. 16; line 25 | Relevance | **SUSTAINED** |
| P. 17; lines 1-25 | Relevance | **OVERRULED** |

| | | |
|---|---|---|
| P. 18; line 1 to P. 19; line 24 | Foundation; Relevance | **SUSTAINED** |
| P. 20; lines 10-13 | Not a question | **SUSTAINED** |
| P. 24; lines 2-5 | Foundation | **SUSTAINED** |
| P. 24: lines 8 - 18 | "It" Non-Responsive | **OVERRULED** |
| P. 24: lines 12-25 | Form; Leading; Foundation | **SUSTAINED** |
| P. 25: lines 4-8 | Foundation | **SUSTAINED** |
| P. 26: lines 7-12 | Leading; Foundation | **OVERRULED** |
| P. 26: lines 15-19 | Leading; Foundation; Relevance | **SUSTAINED** |
| P. 27: lines 3-11 | Leading; Foundation; Relevance | **SUSTAINED** |

Date: September 20, 2012
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge